**SO ORDERED.**
**SIGNED this 9th day of August, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3:16-bk-31682-SHB |
| William Dwight Thomas and Laura Elizabeth Thomas, | |
| Debtors, | |
| Nationstar Mortgage LLC | Chapter 7 |
| Movant, | |
| | Judge Suzanne H Bauknight |
| Vs. | |
| William Dwight Thomas and Laura Elizabeth Thomas, Dean B. Farmer | |
| Respondents. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**AND ABANDONMENT OF PROPERTY BY TRUSTEE**
**AS TO NATIONSTAR MORTGAGE LLC AS SERVICER FOR U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE, FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-H1 REGARDING REAL PROPERTY LOCATED AT 903 ROSEDALE AVENUE, LOUDON, TENNESSEE 37774**

This cause came before the Court upon Nationstar Mortgage LLC as servicer for U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage

Loan Asset-Backed Certificates, Series 2007-H1's Motion for Relief from the Automatic Stay and Abandonment of Property by Trustee. It appearing to the Court that there is no opposition thereto, it is the opinion of the Court that the Motion should be granted.

IT IS THEREFORE ORDERED that the Automatic Stay of 11 USC 362 (a) as to Nationstar Mortgage LLC as servicer for U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 is dissolved, and the Trustee is ordered to abandon the bankruptcy estate's interest in the property pursuant to 11 U.S.C. 554 (b).  Rule 4001(a)(3) is not applicable and Nationstar Mortgage LLC as servicer for U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 may immediately enforce and implement this Order Granting Relief From the Automatic Stay and proceed with state remedies as to the property.

APPROVED FOR ENTRY:

/s/J. Zachary DeFoor
J. Zachary DeFoor
Attorney for Nationstar Mortgage LLC as servicer for U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1
Law Offices of Shapiro & Ingle, LLP, a Tennessee limited liability partnership
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107
Fax: 704-333-8156